UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VARSITY GOLD, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC BIGHAM, individually; and ELMER BIGHAM, individually and on behalf of his marital community, collectively dba Next Level Fundraising,<br><br>　　　　　Defendants. | CASE NO. C06-0509RSM<br><br>ORDER ON DEFENDANTS' THIRD MOTION FOR A PROTECTIVE ORDER |

　　　　This matter is before the Court for consideration of defendants' third motion for a protective order. Dkt. # 102. This motion arises from the Court's October 12, 2006 Order on plaintiff's motion to compel, stating that "defendants shall respond in full, **and without objections other than those already stated**, to plaintiff's interrogatories and requests for production." Dkt. # 50, p. 4 (emphasis added). This is the fourth time that defendants have challenged the effect of that language upon their assertion of attorney-client privilege with respect to documents. Dkt. # 51, 61, 62. However, this is the first time the Court has had an opportunity to reach the merits of the motion; previous orders were based on procedural considerations or constrained by the local rules.

　　　　The Court has reviewed the documents requested by plaintiffs, and withheld (or redacted) by defendants, *in camera*. The documents are copies of e-mails between counsel and client, and consist

ORDER ON MOTION FOR A PROTECTIVE
ORDER - 1

1  mostly of discussion of litigation strategy and the relative merits of the parties' positions.  The Court finds
2  little if anything in these e-mails that is relevant to plaintiff's claims in this case.   To any extent that
3  certain material may be relevant, such as a discussion of defendants' customer lists, it is obtainable by
4  other means.  Further, any limited probative value of the information in the e-mails is greatly outweighed
5  by the prejudice to defendants of disclosing their litigation strategy and their view of the strength of their
6  case.

7  Accordingly, defendants' third motion for a protective order is GRANTED.  Defendants need not
8  respond further to plaintiffs's discovery request by disclosing unredacted copies of the documents
9  presented to chambers for *in camera* review.

10  Dated this 23rd  day of May, 2007.

                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE

ORDER ON MOTION FOR A PROTECTIVE
ORDER - 2