UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VARSITY GOLD, INC.,<br><br>             Plaintiff,<br><br>         v.<br><br>ERIC BIGHAM, et al.,<br><br>             Defendants. | CASE NO. C06-0509RSM<br><br>ORDER ON DEFENDANTS' MOTION TO SEAL |

     This matter is before the Court for consideration of defendants' motion to seal, Dkt. # 152. In reviewing the motion to seal, the Court has found that the materials which defendants seek to keep under seal represent declarations and exhibits attached to five separate motions for summary judgment, Dkt. ## 153, 155, 157, 160, and 163. The total number of pages in these motions is fifty-seven, well in excess of the number of pages allowed for dispositive motions.

     Under Local Rule 7(e)(3), motions for summary judgment shall not exceed 24 pages in length. <u>Parties may not bifurcate claims or issues simply to circumvent the page limitations as stated in the Local Rules.</u> Accordingly, the Court hereby STRIKES the five separate motions. Defendants may REFILE a single motion for summary judgment no later than July 25, 2007, and the dispositive motion filing deadline is hereby extended to that date. The briefing schedule and noting date for the motion shall be in accordance with the Local Rules.

     In view of this disposition of the five motions, defendants' motion to seal (Dkt. # 152) is

ORDER ON MOTION TO SEAL - 1

DENIED as moot.  The motions and declarations filed in support of the separate motions (Dkt. ## 154, 156, 157, 158, 160, 161, 163, and 164) shall, however, remain under seal; they no longer constitute judicial records, and the public therefore has no interest in their disclosure.

      Dated this 12th day of July, 2007.

                                                                                                                        _____
                                                                                                           RICARDO S. MARTINEZ
                                                                                                           UNITED STATES DISTRICT JUDGE

ORDER ON MOTION TO SEAL - 1